UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GARANG HAKIM A., | Case No. 19-CV-0327 (NEB/HB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| CHAD F. WOLF, Acting Secretary of Homeland Security; WILLIAM BARR, U.S. Attorney General; PETER BERG, ICE Field Office Director; and KURT FREITAG, Freeborn County Sheriff, | |
| Respondents. | |

The Court has received the November 7, 2019 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer.[1] [ECF No. 11.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

---

[1] The caption of the Report and Recommendation identifies Kirstjen Nielsen as the Secretary of Homeland Security. "[W]hen a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending [t]he officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). The Court may order the substitution at any time, *id.*, and therefore, substitutes Chad F. Wolf as the Acting Secretary of Homeland Security.

1. The Report and Recommendation [ECF No. 11] is ACCEPTED; and

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is DISMISSED as MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 26, 2019              BY THE COURT:

                                      s/Nancy E. Brasel
                                      Nancy E. Brasel
                                      United States District Judge